MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted October 15, 2013; decided October 17, 2013

Motion by Real Estate Board of New York et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

BAYERISCHE LANDESBANK, Plaintiff/Counterclaim Defendant-Respondent, v 45 JOHN STREET LLC, Defendants/Counterclaim Plaintiffs-Appellants, et al., Defendants.

Submitted August 26, 2013; decided October 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DEBORAH BURNS et al., Appellants, v CARLOS CARBALLADA, in His Official Capacity as Commissioner of Neighborhood and Business Development of City of Rochester, et al., Respondents.

Submitted September 9, 2013; decided October 17, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.